IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



WILLIAM BOYD SWINSON,

    Petitioner,

v.                            Civil Action No. 3:14CV100

DIRECTOR, DEPARTMENT OF
CORRECTIONS,

    Respondent.

## FINAL ORDER

In accordance with the accompanying Memorandum Opinion, it is ordered that:

1. Swinson's Objections (ECF No. 23) are overruled;
2. The Report and Recommendation is accepted and adopted;
3. The Motion to Dismiss (ECF No. 9) is granted;
4. Swinson's Motion for Discovery (ECF No. 16) and Motion for an Evidentiary Hearing (ECF No. 17) are denied as moot;
5. Swinson's claims and the action are dismissed; and,
6. The Court denies a certificate of appealability.

Should Swinson desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is directed to send a copy of the Final Order to Swinson and counsel of record.

It is so ORDERED.

                                                /s/ *REP*
                                    Robert E. Payne
                                    Senior United States District Judge

Richmond, Virginia
Date: March _13_, 2015